Jess SADLER et al., Appellants, v. ATHLETIC MINING & SMELTING COMPANY, a Corporation.

No. 13847.

United States Court of Appeals
Eighth Circuit.

Oct. 25, 1948.

Wolf & Leary, of Joplin, Mo., and Bruner, Farabi & Matuska, of Pittsburg, Kan., for appellants.

Paul Bradley, of Joplin, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of diligent prosecution, at costs of appellants, on motion of appellee.

Jess SADLER et al., Appellants, v. F. W. EVANS, a Sole Trader d/b/a F. W. Evans Mining Company and/or F. W. Evans Mines.

No. 13844.

United States Court of Appeals
Eighth Circuit.

Oct. 25, 1948.

Wolf & Leary, of Joplin, Mo., and Bruner, Farabi & Matuska, of Pittsburg, Kan., for appellants.

Paul Bradley, of Joplin, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of diligent prosecution, at costs of appellants, on motion of appellee.

Jess SADLER et al., Appellants, v. KANSAS EXPLORATIONS, Inc., a Corporation.

No. 13845.

United States Court of Appeals
Eighth Circuit.

Oct. 25, 1948.

Wolf & Leary, of Joplin, Mo., and Bruner, Farabi & Matuska, of Pittsburg, Kan., for appellants.

Paul Bradley, of Joplin, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of diligent prosecution, at costs of appellants, on motion of appellee.

UNITED STATES of America, Plaintiff-Appellee, v. Lawrence PEDEN, Defendant-Appellant.

No. 66, Docket 21071.

United States Court of Appeals
Second Circuit.

Nov. 1, 1948.

M. Edward Buckley, Jr., of Washington, D. C. (Salvatore M. Parisi, of Brooklyn, N. Y., of counsel), for defendant-appellant.

Edward S. Szukelewicz, Asst. U. S. Atty., and J. Vincent Keogh, U. S. Atty., both of Brooklyn, N. Y. (Frank J. Parker and Mario Pittoni, Asst. U. S. Attys., both of Brooklyn, N. Y., on the brief), for plaintiff-appellee.

Before L. HAND, Chief Judge, and AUGUSTUS N. HAND and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.